# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00021-CV
## NO. 03-08-00150-CV

### Monica Ramirez, Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE DISTRICT COURT OF MCCULLOCH COUNTY, 198TH JUDICIAL DISTRICT
NO. 2007019, HONORABLE ROB HOFMANN, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

In these accelerated appeals, appellant Monica Ramirez appeals the district court's order terminating her parental rights to her minor child R.R. *See* Tex. Fam. Code Ann. § 161.001 (West Supp. 2008).[1] On September 11, 2008, this Court issued an opinion abating these appeals and remanding them to the trial court for further proceedings. *See Ramirez v. Texas Dep't of Family & Protective Servs.*, Nos. 03-08-00021-CV, 03-08-00150-CV (Tex. App.—Austin Sept. 11, 2008), *available at* http://www.3rdcoa.courts.state.tx.us/opinions/htmlopinion.asp?OpinionId=17309 *and* http://www.3rdcoa.courts.state.tx.us/opinions/htmlopinion.asp?OpinionId=17310. Upon remand, the parties entered into a settlement agreement, and they have now filed an agreed motion asking this Court to reverse the trial court's judgment and remand these appeals based on the prior record.

---

[1] In Cause No. 03-08-00021-CV, Ramirez appeals the order terminating her parental rights and, in Cause No. 03-08-00150-CV, she appeals the trial court's finding that her appeal is frivolous.

*See* Tex. R. App. P. 42.1(a)(2). Having reviewed the record, we grant the parties' motion, reverse the trial court's judgment, and remand these appeals to the trial court for a new trial.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Reversed and Remanded

Filed: October 7, 2008